George WILSON; John Tippett; Kenny Edmonds; William Young; Henry Davis; Gary Bright; Gregory Hamilton; Anthony Presberry; Irvin Burns, Jr.; Thomas Mattingly; Henry Harris; Jesse Cobbs; Jonathan Bork; Charles Wright; Lowell D. Howell; Richard David Cooper, Plaintiffs–Appellants,

v.

Parris N. GLENDENING, Governor; Kathleen K. Townsend, Lieutenant Governor; Stuart Simms, Secretary; William Sondervan, Commissioner; Ronald Hutchinson, Warden and future Administrations of Maryland, Defendants–Appellees.

No. 02–7840.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 20, 2003.

Decided Feb. 27, 2003.

George Wilson, John Tippett, Kenny Edmonds, William Young, Henry Davis, Gary Bright, Gregory Hamilton, Anthony Presberry, Irvin Burns, Jr., Thomas Mattingly, Henry Harris, Jesse Cobbs, Jonathan Bork, Charles Wright, Lowell D. Howell, Richard David Cooper, Appellants Pro Se.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

The appellant inmates appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Appellants' motion for appointment of counsel and affirm the dismissal of their complaint

for the reasons stated by the district court. *See Wilson v. Glendening,* No. CA–02–3514–S (D.Md. Nov. 14, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*